**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SURGICARE OF MANHATTAN,

                      Plaintiff,

    -against-

UNITED HEALTHCARE INSURANCE COMPANY,

                      Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 25 2021

ORDER

21 Civ. 669 (GBD)

GEORGE B. DANIELS, District Judge:

The April 1, 2021 initial conference is adjourned to July 8, 2021 at 9:30 a.m.

Dated: March 25, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE