**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

SURGICARE OF MANHATTAN,

                          Plaintiff,

   -against-

UNITED HEALTHCARE INSURANCE
COMPANY,

                     Defendant.

------------------------------------ X



ORDER

21 Civ. 669 (GBD)

GEORGE B. DANIELS, District Judge:

This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

sixty (60) days.

All conferences previously scheduled are adjourned *sine die*.


Dated: May 26, 2021
       New York, New York

                                        SO ORDERED.

                                  _George B. Daniels_
                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE